# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOBILE LOGISTICS, LLC, § § | |
| Plaintiff, § § | **Civil Action No. _____** |
| v. § § | |
| FEDEX FREIGHT, INC. and § FEDEX CORPORATION, § § | |
| Defendants. § | **JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Mobile Logistics, LLC ("Mobile Logistics"), by way of its Complaint against Defendants FedEx Freight, Inc. and FedEx Corporation (collectively, "Defendants"), hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for patent infringement of United States Patent No. 5,999,091 arising under 35 U.S.C § 271(a).

### THE PARTIES

2. Plaintiff Mobile Logistics is a limited liability company organized under the laws of Delaware with a place of business at 1209 Orange Street, Wilmington, Delaware 19801.

3. Defendant FedEx Freight, Inc. is a corporation organized under the laws of Arkansas with its principal place of business at 2200 Forward Drive, Harrison, Arkansas 72601.

4. Defendant FedEx Corporation is a corporation organized under the laws of Delaware with its principal place of business at 942 South Shady Grove Road, Memphis, Tennessee 38120.

5. Upon information and belief, FedEx Corporation is the parent holding company of FedEx Freight and provides strategic direction to FedEx Freight.

## JURISDICTION AND VENUE

6. This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

7. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

8. Upon information and belief, Defendants regularly conduct business in this judicial district and have committed acts of patent infringement in this judicial district including, *inter alia*, using products and services and using infringing methods and instrumentalities in this judicial district.

9. Upon information and belief, Defendants have ongoing and systematic contacts with this judicial district and the United States.

10. Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 5,999,091

11. Mobile Logistics repeats and realleges the allegations of paragraphs 1 through 10 as though fully set forth herein.

12. On December 7, 1999, United States Patent No. 5,999,091 ("the '091 Patent"), entitled "TRAILER COMMUNICATION SYSTEM," was duly and legally issued by the United States Patent and Trademark Office. A true and correct copy of the '091 Patent is attached as Exhibit A to this Complaint.

13.   Mobile Logistics is the assignee and owner of the right, title, and interest in and to the '091 Patent, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement of it.

14.   Upon information and belief, Defendants are and have been directly infringing the '091 Patent in the United States at least by using infringing Radio Frequency Identification ("RFID") tag units for location on a trailer.  Defendants have infringed and continue to infringe one or more claims of the '091 Patent in this judicial district and elsewhere by using products that infringe and/or perform methods that infringe one or more claims of the '091 Patent ("Defendants' Accused Products").  In particular, upon information and belief, Defendants use at least one infringing system, including, but not limited to, a yard management system provided by TransCore which includes tags for location on a trailer.  The use of such systems constitutes direct infringement under at least 35 U.S.C. § 271(a) of one or more claims of the '091 Patent.

15.   Because of Defendants' infringement of the '091 Patent, Mobile Logistics has suffered damages and will continue to suffer damages in the future.

16.   Defendants will be deemed to have knowledge of the '091 patent and their infringement of the '091 patent at least as of the filing date of this Complaint.

17.   Upon information and belief, Defendants have not altered their infringing conduct after receiving this Complaint.

18.   Upon information and belief, Defendants' continued infringement despite their knowledge of the '091 Patent and Mobile Logistics' accusations of infringement has been objectively reckless and willful.

**JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Mobile Logistics demands a trial by jury on all issues triable as such.

**PRAYER FOR RELIEF**

WHEREFORE, Mobile Logistics respectfully demands judgment for itself and against Defendants as follows:

A. An adjudication that Defendants have infringed the '091 Patent;

B. An award of damages to be paid by Defendants adequate to compensate Mobile Logistics for their past infringement of the '091 Patent and any continuing or future infringement of the '091 Patent through the date such judgment is entered, including pre-judgment and post-judgment interest, costs and expenses as justified under 35 U.S.C. § 284;

C. To the extent the Defendants' conduct subsequent to the date of their notice of the '091 patent is found to be objectively reckless, enhanced damages pursuant to 35 U.S.C. § 284 for Defendants' willful infringement of the '091 Patent;

D. An accounting of all infringing acts including, but not limited to, those acts not presented at trial and an award for Mobile Logistics' damages for any such acts;

E. A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of Mobile Logistics' reasonable attorneys' fees; and

F. Such other and further relief at law or in equity as the Court deems just and proper.

| | |
|---|---|
| Dated: July 12, 2012 | STAMOULIS & WEINBLATT LLC |
| | |
| | */s/ Richard C. Weinblatt*<br>Stamatios Stamoulis #4606<br>          stamoulis@swdelaw.com<br>Richard C. Weinblatt #5080<br>          weinblatt@swdelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>Telephone:  (302) 999-1540 |
| | |
| | *Attorneys for Plaintiff*<br>*Mobile Logistics, LLC* |